IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00349-LTB-MJW

SHAUNA R. DUCHARME,

Plaintiff(s),

v.

MARRIOTT INTERNATIONAL, INC.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Plaintiffs' [sic] Unopposed Motion to Appear at the Scheduling/Planning Conference by Telephone, DN 14, is GRANTED. The Plaintiff's counsel shall contact the court by calling (303) 844-2403 on May 31, 2007, at 9:00 a.m., to participate at the Scheduling Conference.

Date: May 8, 2007