IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00349-LTB-MJW

SHAUNA R. DUCHARME,

Plaintiff(s),

v.

MARRIOTT INTERNATIONAL, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Modify Scheduling Order Deadlines, filed with the Court on August 30, 2007, is GRANTED. The Amended Scheduling Order is accepted for filing.

Date:   September 10, 2007