IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00349-LTB-MJW

SHAUNA R. DUCHARME,

    Plaintiff,

vs.

MARRIOTT INTERNATIONAL, INC., a Delaware corporation,,

    Defendant.

## ORDER GRANTING MOTION TO VACATE SETTLEMENT CONFERENCE (Docket No. 48)

Having reviewed Defendant's Motion to Vacate Settlement Conference, and being fully advised in the premises, the Court

ORDERS that the Motion be GRANTED and that the Settlement Conference scheduled for February 28, 2008 is hereby VACATED.

DATED: February 26, 2008.

BY THE COURT:

_____
~~United States District Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO