IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00349-LTB-MJW

SHAUNA R. DUCHARME,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL INC.,

    Defendants.

## ORDER RE: PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE TIME TO FILE THE FINAL PRETRIAL CONFERENCE ORDER AND TO APPEAR BY TELEPHONE AT THE FINAL PRETRIAL CONFERENCE (Docket No 51)

This matter came before the Court on Plaintiff's request for an extension of time for the parties to file the proposed Final Pretrial Order and to allow Plaintiff to appear at the Final Pretrial Conference by telephone.

The Defendant does not oppose the relief requested by the Plaintiff.

It is hereby ORDERED that the Plaintiff has up to and including March 29, 2008 in which to file the Final Pretrial Order with the Court.

It is further ORDERED that the Plaintiff is allowed to appear by telephone and will call (303) 844-2403 at 8:30 a.m., March 7, 2008, to participate in the Final Pretrial Conference.

Done this 3rd day of March, 2008.

FEDERAL DISTRICT COURT

Magistrate Judge Michael J. Watanabe